FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 26, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LELAND H. OWENS,<br><br>                Plaintiff,<br><br>v.<br><br>ALL ELITE WRESTLING,<br>and<br>DANIEL BRYANSON,<br><br>                Defendants. | NO. 1:24-CV-3205-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is Plaintiff's Complaint that was filed on December 13, 2024. ECF No. 1. The Court has reviewed the record and files herein and is fully informed. For the reasons discussed below, this action is dismissed.

Plaintiff has not paid the filing fee for this case. Plaintiff's Application to Proceed in forma pauperis, ECF No. 2, is DENIED. Plaintiff has alleged no grounds for federal jurisdiction.

//

ORDER OF DISMISSAL ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

This action is **DISMISSED** without prejudice for failing to allege any federal jurisdiction.

The District Court Executive is directed to enter this Order, enter Judgment accordingly, furnish a copy to Plaintiff, and **CLOSE** the file.

**DATED** December 26, 2024.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 2